UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUKHDEEP SINGH CHAHAL,

Petitioner,

v.

TONYA ANDREWS, *et al.*,

Respondent,

Case No.  1:26-cv-234-DC-JDP

ORDER

On January 16, 2026, the court granted petitioner's motion for a preliminary injunction and referred the matter to me for further proceedings.  ECF No. 8.

Still pending is respondents' motion to dismiss, ECF No. 7.  Petitioner may file an opposition to respondents' motion within seven days.  If petitioner files an opposition, respondents may file a reply within seven days.  If petitioner does not file an opposition by this deadline, the matter will be deemed submitted.

Accordingly, it is hereby ORDERED that petitioner may file an opposition to respondents' motion within seven days.  If petitioner files an opposition, respondents may file a reply within seven days.  If petitioner do not file an opposition by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:    February 26, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE