UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHDEEP SINGH CHAHAL,<br><br>Petitioner,<br><br>v.<br><br>TONYA ANDREWS, et al.,<br><br>Respondents. | Case No.  1:26-cv-00234-DC-JDP (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 7, 10) |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On April 13, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  To date, neither party has filed objections.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed April 13, 2026, ECF No. 10, are ADOPTED in full;

1

2.  The petition for writ of habeas corpus, ECF No. 1, is GRANTED;

3.  Respondents' motion to dismiss, ECF No. 7, is DENIED;

4.  The preliminary injunctive relief previously granted, ECF No. 8, is permanent; and

5.  The Clerk of Court is ordered to enter judgment in favor of Petitioner and close this case.


IT IS SO ORDERED.

Dated:   **April 22, 2026**   _____

Dena Coggins
United States District Judge